# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 2216
SAXTON HILL,

Appellant,

vs.

BANK OF AMERICA, N.A.,

Respondent.

No. 76069

FILED

JAN 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:  Hon. Joanna Kishner, District Judge
     Janet Trost, Settlement Judge
     Kerry P. Faughnan
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

---

[1]Given this order, the conditional sanction imposed in this court's January 8, 2019, order is vacated.